IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALAREE F.,

       Plaintiff,

                          Civil No. 2:24-CV-12612

v.

LELAND DUDEK,                    MAGISTRATE JUDGE PATTI
ACTING COMMISSIONER
OF SOCIAL SECURITY,

       Defendant.

_____/

# **J U D G M E N T**

In accordance with the Order Remanding Case Under Sentence Four Per

Parties' Stipulation entered on this date,

It is ORDERED AND ADJUDGED that the case is REMANDED to the

Commissioner of Social Security for further proceedings in accordance with that

order.

                            s/Anthony P. Patti_____
                            ANTHONY P. PATTI
                            United States Magistrate Judge

Dated: February 21, 2025